**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                              CASE NO.  3:16-cr-48-J-34JBT

REGINALD FULLWOOD
a/k/a Reggie Fullwood

---

## ORDER

**THIS CAUSE** is before the Court on Defendant Fullwood's Motion for Bill of Particulars ("Motion") (Doc. 19), the United States' Response thereto (Doc. 20), and the hearing held before this Court on May 17, 2016.  For the reasons stated on the record at the hearing, the Motion (**Doc. 19**) is **GRANTED** as follows:

The Eleventh Circuit Pattern Jury Instruction for Wire Fraud states in part: "It's a Federal crime to use interstate wire, radio, or television communications to carry out a scheme to defraud someone else."  On or before **May 19, 2016**, the United States shall file a bill of particulars identifying the "someone else" who Defendant allegedly intended to defraud.

**DONE AND ORDERED** at Jacksonville, Florida on this 17th day of May, 2016.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. United States Attorney (Devereaux)
Robert Stuart Willis, Esquire
L. E. Hutton, Esquire
Defendant