**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   Case No. 3:16-cr-48-J-34JBT

REGINALD FULLWOOD
    a/ka Reggie Fullwood
_____/

## ORDER OF RECUSAL

In connection with the preparation of the presentence investigation report, a matter was brought to the Court's attention which leads the Court to conclude that recusal from further proceedings in this case is appropriate. Accordingly, pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses herself from further proceedings in this action and directs the Clerk to randomly reassign this case under the established procedures.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of December, 2016.

MARCIA MORALES HOWARD
United States District Judge

Copies to:

Counsel of Record